Albert MYERS and Louis M. Myers, Surviving Trustees of Trust Estate Known as Myers Brothers Building Trust, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 6427.

Circuit Court of Appeals, Seventh Circuit.

Jan. 12, 1938.

Clayton J. Barber and Alton G. Hall, both of Springfield, Ill., for petitioners.

James W. Morris, Department of Justice, of Washington, D. C., for respondent.

Before EVANS, MAJOR, and TREANOR, Circuit Judges.

PER CURIAM.

Pursuant to the stipulation of the parties filed herein on the 12th day of January, 1938, it is this 12th day of January, 1938, ordered that the petition to review the Board's decision and order entered August 13, 1937, be, and it is hereby, dismissed, the rights of the parties to be governed by said stipulation.